IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELDON DAVIS,

      Plaintiff,                    No. CIV S-01-1569 LKK KJM P

      vs.

TRISTAN, et al.,

      Defendants.           ORDER

_____/

      On August 15, 2005 plaintiff filed a motion asking that this court reconsider its April 27, 2004 order adopting the magistrate judge's February 13, 2004 findings and recommendations thereby dismissing this action

      A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

/////

/////

/////

1  Plaintiff does not present newly discovered evidence.  Furthermore, the court
2  finds that, after a <u>de novo</u> review of this case, the April 27, 2004 order adopting the February 13,
3  2004 findings and recommendations is neither manifestly unjust nor clearly erroneous.
4  Accordingly, IT IS HEREBY ORDERED that plaintiff's August 15, 2005 motion
5  for reconsideration is denied.
6  DATED:   September 20, 2005.

8  /s/Lawrence K. Karlton
   UNITED STATES DISTRICT JUDGE
9  davi1569.mfr