IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELDON DAVIS,

    Plaintiff,                       No. CIV S-01-1569 LKK KJM P

    vs.

TRISTAN, et al.,

    Defendants.                 <u>ORDER</u>

_____/

         On October 19, 2005, plaintiff filed a notice of appeal[1] and a request for the appointment of counsel. Judgment was entered in this case on April 27, 2005. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel is denied without prejudice to renewal in the Ninth Circuit Court of Appeals.

DATED: October 26, 2005.

                                    UNITED STATES MAGISTRATE JUDGE

1
davi1569.31

---

    [1] Plaintiff also asks that the court issue a "certificate appealability." It is not necessary to obtain a certificate of appealability to appeal any aspect of an action arising under 42 U.S.C. § 1983 such as this one.