# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED

DEC - 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| SHELDON A. DAVIS, | No. 05-17144 |
| Plaintiff - Appellant, | D.C. No. CV-01-01569-LKK/KJM |
| v. | |
| . TRISTAN; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [X]

Explanation: _Appeal not timely filed_

Judge
United States District Court
Date: 12/8/05